**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| T. H. HILL, )  |  |
|       Plaintiff, ) |  |
| vs. ) | No. 3:15-CV-1311-D |
| ) |  |
| DALLAS COUNTY DISTRICT ) |  |
| ATTORNEY'S OFFICE, et al. ) |  |
|       Defendants. ) |  |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING
REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )     The request for leave to proceed *in forma pauperis* on appeal is GRANTED.

(**X**)     The application for leave to proceed *in forma pauperis* on appeal is DENIED because the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3) that the appeal is not taken in good faith. In support of this certification, the Court notes that a magistrate judge's report and recommendation is not an appealable order. *See Propes v. Dretke*, 130 F. App'x 654, 655 (5th Cir. 2005) (citing *United States v. Cooper,* 135 F.3d 960, 963 (5th Cir. 1998) ("[A] magistrate judge's report is not an appealable judgment".)) As Plaintiff filed a notice of appeal from the magistrate judge's report, this Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous.

(**X**)     Although this court has certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the plaintiff may challenge this finding pursuant to *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.

**DATE:** June 3, 2015.

                                                              SIDNEY A. FITZWATER
                                                              UNITED STATES DISTRICT JUDGE